Leonard D. Fischer, Appellant, v. Trustees of the Village of Clifton Springs, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, J., who dissented upon the ground that what the plaintiff did in diverting the waters of the stream while acting as water commissioner for the village does not preclude him from asserting and enforcing the right which he subsequently acquired under his deed of conveyance to have the waters of the stream run in the original channel across the lands in question, and except Robson, J., not voting.

Morris Kliman, Respondent, v. Eli Gerber, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that the verdict is excessive.

Elizabeth M. O'Hara and Others, Respondents, v. Thomas J. Maher and Moses Lewis, Appellants.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented upon the ground that there was no verdict as required by the statute* sufficient to justify the entry of the judgment.

Giles Ranger, Appellant, v. Helen M. Yates and Others, Respondents.— Judgment affirmed, with costs. All concurred.

Thomas Hudson, Appellant, v. Flora A. Richmond and John F. Connor, as Executors, etc., of Warren Richmond, Deceased, Respondents.— Judgment affirmed, with costs. All concurred.

Elizabeth Hoard, Respondent, v. Charles N. Kelly and Edwin N. Kelly, Appellants.— Judgment affirmed, with costs. All concurred.

The New Hartford Cotton Manufacturing Company, Respondent, v. Morris Lowenstein and Others, Appellants.— Judgment affirmed, with costs. All concurred.

Peter Schutz, Respondent, v. Jacob M. Greis and Amelia N. Greis, Appellants.— Judgment affirmed, with costs. All concurred.

Adelbert D. Gail, Respondent, v. Atlantic Coast Line Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Dennis L. Wright, Respondent, v. The Knights of the Maccabees of the World, Appellant.— Judgment affirmed, with costs. All concurred, except Williams, J., who dissented; Spring, J., not sitting.

Burton E. Sayles, as Executor, etc., of Louisa Sayles, Deceased, Appellant, v. Charles Oster and Elmer Mack, Respondents.— Motion to dismiss appeal denied, without costs.

Joseph Page, Respondent, v. Watertown Gas Light Company, Appellant.— Appeal dismissed, without costs, on stipulation filed.

James B. Swing, as Trustee, etc., Appellant, v. James Mooney and George Brisbane, Respondents.— Order entered July 12, 1910, amended, making the decision as of the date of the argument and application to now substitute the executrix in place of the deceased defendant granted, without costs. (*Bergen* v. *Wyckoff*, 84 N. Y. 659; *Schaible* v. *Tetzloff*, 88 App. Div. 616.)

William Lefl, Appellant, v. William Knauth and Others, Respondents.— This court declines to hear this application or the appeal sought to be taken to this

. * See Code Civ. Proc. § 1519.— [REP.